AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

## Central District of Illinois

| | | |
|---|---|---|
| Terrence Shannon Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-2010 |
| The Board of Trustees of the University of Illinois, et | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Board of Trustees of the University of Illinois and Timothy Killeen in his official capacity .

Date:     01/09/2024

/s/ Katherine Tierney
*Attorney's signature*

Katherine Tierney #6342902
*Printed name and bar number*

Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606

*Address*

katherine.tierney@huschblackwell.com
*E-mail address*

(312) 655-1500
*Telephone number*

(312) 655-1501
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Terrence Shannon Jr. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:24-cv-2010 |
| The Board of Trustees of the University of Illinois, et | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on  01/09/2024        , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

 rhlang@thompsoncoburn.com, mark@ghalaw.com, steve@stevebeckettllc.com, and msutter@sutter ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____ .

/s/ Katherine Tierney
*Attorney's signature*

Katherine Tierney #6342902
*Printed name and bar number*

Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
*Address*

katherine.tierney@huschblackwell.com
*E-mail address*

(312) 655-1500
*Telephone number*

(312) 655-1501
*Fax number*