UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRENCE SHANNON, JR. )<br>        Plaintiff, )<br>v. )<br>    )<br>THE BOARD OF TRUSTEES OF THE )<br>UNIVERSITY OF ILLINOIS, et. al. )<br>        Defendants. ) | No.   2:24-CV-2010 |

**MOTION FOR ADMISSION TO PRACTICE
IN THE CENTRAL DISTRICT OF ILLINOIS**

**NOW COMES**, J. Steven Beckett, Steve Beckett Law Office, LLC and moves that the court admit to practice in the Central District of Illinois, Robert H. Lang, IARDC #6225414 and Zoe S. Spector IARDC #6333392, pursuant to Rule 83.5(A) of the Local Rules of the U.S. District Court for the Central District of Illinois.

J. Steven Beckett is a member in good standing of the bar of the Central District of Illinois, and states that said attorneys are members of the Illinois State Bar in good standing.

**DATED** this 9th day of January, 2024.

/s/     J. Steven Beckett
J. STEVEN BECKETT

prepared by:

**J. STEVEN BECKETT
STEVE BECKETT LAW OFFICE, LLC.
ARDC #: 0151580**
508 South Broadway Ave.
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
steve@stevebeckettllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically filed the above ***Motion for Admission to Practice in the Cental District of Illinois*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Katherine Tierney, katherine.tierney@huschblackwell.com
    Husch Blackwell, LLP
    120 South Riverside Plaza, Suite 2200
    Chicago, IL 60606

and I hereby certify that on January 9, 2024, I mailed the document by United States Postal Service, direct email to the following non-registered participants:

    N/A

        Respectfully submitted,

        */s/ J. Steven Beckett*
        **J. STEVEN BECKETT**, Counsel for Plaintiff

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway Ave.
Urbana, IL 61801
(217) 328-0263
(217) 328-0290 FAX
steve@stevebeckettllc.com